# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BRUNO K. MPOY, )
)
    Plaintiff, )
)
        v. )    Civil Action No. 23-cv-03027 (BAH)
)
JOHN BURST, *et al.*, )
)
    Defendants. )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion to Dismiss, ECF No. 4, is **GRANTED**, and the

the complaint is **DISMISSED** without prejudice; and it is further

**ORDERED** that Plaintiff's Motion for Leave to Amend Complaint, ECF No. 10, is

**DENIED**; and it is further

**ORDERED** that Plaintiff's Motion to Appoint Counsel, ECF No. 20, is **DENIED** as

moot; and it is further

**ORDERED** that Plaintiff's Sealed Motion for Leave to File Under Seal, ECF No. 21, is

**GRANTED**, to the extent that the Motion and the attached medical record, ECF No. 21-1, will

remain sealed and restricted from the public; however, the Clerk of Court is **DIRECTED** to

provide Defendants and their counsel docket-access to both the Motion, ECF No. 21, and the

medical record, ECF No. 21-1; and it is further

**ORDERED** that the Clerk of the Court is **DIRECTED** to close this case.

This is a final and appealable Order. *See* Fed. R. App. P. 4(a).

_____/s/_____
BERYL A. HOWELL
United States District Judge

Date: July 16, 2024